**2007–0111.   State ex rel. DaimlerChrysler Corp. v. Majerowski.**
Franklin App. No. 05AP–1103, 2006-Ohio-6428. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due July 23, 2007, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

## MISCELLANEOUS ORDERS

**2007–0683.   In re Application of Holbrook.**
Board of Commissioners on Character and Fitness, No. 338. On June 11, 2007, applicant, Melinda Long Holbrook, filed with this court a motion to maintain original board papers under seal. Upon consideration thereof,

It is ordered by the court that the motion is granted. The record in this case, the report of the board, and all documents filed in this case shall be maintained permanently under seal.